**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BOYLE, ET AL.,

                    Plaintiffs,

          - against -

STARWOOD HOTELS AND RESORTS
WORLDWIDE, INC., ET AL.,

                    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-14-10

10 Civ. 5073 (JGK)

**MEMORANDUM OPINION**
**AND ORDER**

**JOHN G. KOELTL, District Judge:**

The complaint in this case invokes subject matter
jurisdiction based on diversity of citizenship pursuant to 28
U.S.C. § 1332(a). The plaintiffs represent that they are both
citizens of the United Kingdom. Defendant Starwood Hotels &
Resorts Worldwide, Inc., appears to be a citizen of Maryland and
New York and defendant Westin Hotels & Resorts, Inc., appears to
be a citizen of Delaware and New York. The plaintiffs represent
that the third defendant, the Westin Dubai, is a citizen of the
United Arab Emirates.

It is well settled that "the presence of aliens on two
sides of a case destroys diversity jurisdiction." Corporacion
Venezolana de Fomento v. Vintero Sales Corp., 629 F.2d 786, 790
(2d Cir. 1980). In this case, the presence of the plaintiffs,
who are citizens of the United Kingdom, and defendant Westin
Dubai, which is a citizen of the United Arab Emirates, appears
to destroy complete diversity of citizenship jurisdiction.

Therefore, the plaintiffs are directed to show cause by July 23, 2010, why this case should not be dismissed without prejudice for lack of subject matter jurisdiction.

**SO ORDERED.**

Dated:    New York, New York
            July 13, 2010

John G. Koeltl
United States District Judge